

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:             01-13-00239-CV

Style:                    Patrick  Hurd

                          **v** Braeswood Atrium

Date motion filed*:       April 4, 2013

Type of motion:           Emergency Motion to Recall and Quash Writ of Possession

Party filing motion:      Appellant

Document to be filed:

        An appeal alone will not supersede a writ of possession.  *See* TEX. PROP. CODE ANN. § 24.007 (West Supp. 2012).  The appellant must file a supersedeas bond in an amount set by the county court within 10 days of the signing of the judgment.  *See id.*; *see also Kuhns v. Carnes*, 1999 WL 699820, at *5–*6 (Tex. App.—Austin Sept. 10, 1999, pet. dism'd) (filing affidavit of indigence does not supersede writ of possession).  Appellant does not assert, let alone provide evidence, that he has filed the supersedeas bond required to supersede the judgment.  Accordingly, appellant's motion is DENIED.

        This Court's records indicate that the appellant has filed a Pauper's Affidavit for Appeal, but that appellant has not filed a separate Notice of Appeal.  Appellant must file a Notice of Appeal in order to invoke this Court's jurisdiction.  *See* TEX. R. APP. P. 25.1.  Accordingly, appellant is hereby notified that if appellant does not timely file a Notice of Appeal, this appeal will be dismissed for lack of jurisdiction.  *See* TEX. R. APP. P. 26.1; 42.3(a).

Judge's signature: /s/ Justice Michael Massengale
              ☑ Acting individually      ☐ Acting for the Court

           Panel consists of _____.

Date:  April 5, 2013